82.551-01

May 20, 2015

Court Of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

Re: Chavez, Cesar Ivan
CCA No. WR-82.551-01
Trial Court Case No. W08-64527-R (A)

To: Abel Acosta, Clerk

Im writting to notify the Courts that my mailing Address Has Change once again, The new Address is: Connally Unit, 899 FM 632, Kenedy, Texas 78119.
I will Also would like to know if the status of my case has Change.

Sincerely,

Cesar Ivan Chavez # 1623268
Connally Unit
899 FM 632
Kenedy, Texas 78119

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 28 2015

Abel Acosta, Clerk